# Court of Appeals
## Tenth Appellate District of Texas

### 10-25-00347-CR

In re Stephen Dewayne Watkins

### Original Proceeding

JUSTICE SMITH delivered the opinion of the Court.

## MEMORANDUM OPINION

The petition for writ of mandamus filed by Stephen Dewayne Watkins on October 6, 2025, is DENIED.

_____

STEVE SMITH
Justice

OPINION DELIVERED and FILED:  October 16, 2025

Before Chief Justice Johnson,
     Justice Smith, and
     Justice Harris
Petition denied
Do not publish
OT06

